**Order entered March 4, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00783-CR

**MICHAEL ANTHONY HINOJOSA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F-1400048-J**

## ORDER

Before the Court is the State's March 3, 3015 second motion for an extension of time to file its brief. The State's brief was also received by the Court on March 3, 2015. This case is set for submission without oral argument on March 31, 2015.

The Court **GRANTS** the State's March 3, 2015 second motion for an extension of time to file its brief. The State's brief is deemed filed as of the date of this order.

/s/     DOUGLAS S. LANG
          JUSTICE